**The WILSON TRANSIT COMPANY, Appellant, v. The FAIRCHILD MILLING COMPANY, Appellee.**

No. 7202.

Circuit Court of Appeals, Sixth Circuit.

April 15, 1937.

Duncan, Leckie, McCreary and Schlitz & Hinslea, all of Cleveland, Ohio, for appellant.

McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

The court being of opinion that there was substantial evidence on which to submit this cause to the jury, and that no error prejudicial to the appellant was committed by the trial court in its charge to the jury or in refusing to charge the jury as requested by appellant, it is ordered that the judgment be affirmed.